Paul A. Krohn, Respondent-Appellant, and Alli Katt, Respondent, v New York City Police Department et al., Appellants-Respondents.

Submitted February 17, 2004; decided February 19, 2004

Motion by New York State Conference of Mayors and Municipal Officials et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Ten additional copies of the brief may be filed within 10 days.

---

Donna McGrath et al., Respondents, v Toys "R" Us, Inc., Appellant.

Decided February 19, 2004

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the Rules of the Court of Appeals (22 NYCRR 500.17), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge Kaye and Judges G.B. Smith, Ciparick, Rosenblatt, Graffeo, Read and R.S. Smith.

---

The People of the State of New York, Respondent, v Simeon Duggins, Appellant.

Submitted February 17, 2004; decided February 19, 2004

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.